UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAVARIS MARTEZ BELL, Plaintiff, v. CASH APP, et al., Defendants. | CASE NO. 2:26-cv-02075-JHC **ORDER** |

This matter comes before the Court sua sponte. Plaintiff filed this action on June 3, 2026. Dkt. #1. On June 12, the Court entered a notice of a filing deficiency, giving Plaintiff until July 13 to either pay the required filing fee or apply to proceed in forma pauperis (IFP). Dkt. # 2. On July 28, Judge Michelle L. Peterson issued an order to show cause requiring Plaintiff to either explain why the Court should not dismiss the matter for failure to prosecute, or, alternatively, to pay the filing fee or submit an IFP application by August 3. Dkt. # 3.

Because Plaintiff has not responded to the order to show cause, nor paid the filing fee or submitted an IFP application, the Court DISMISSES this matter without prejudice.

DATED this 9th day of October, 2026.

John H. Chun
United States District Judge